**UNITED STATES COURT OF INTERNATIONAL TRADE**　　　　　　FORM 3-1

| | |
|---|---|
| ULMA Forja, S.Coop., <br>　　　　　　　　Plaintiff, <br>v. <br>UNITED STATES, <br>　　　　　　　　Defendant. | **SUMMONS** <br><br> **Court No. 24-00162** |

**TO:**　　The Attorney General, the United States International Trade Commission

　　**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

　　　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　　Clerk of the Court

1. Plaintiff ULMA Forja, S.Coop. participated in the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination. Plaintiff is therefore an interested party within the meaning of 19 U.S.C. §1677(9)(A).

   Accordingly, Plaintiff has standing to commence this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. § 2631(c).

   _____
   (Name and standing of plaintiff)

2. Plaintiff contests Commerce's determination as published in *Finished Carbon Steel Flanges From Spain: Final Results of Administrative Review; 2022–2023*, 89 Fed. Reg 60,862 (Dep't of Commerce July 29, 2024) and accompanying Issues and Decision Memorandum dated July 23, 2024.
   _____
   (Brief description of contested determination)

3. July 23, 2024 (Date of Issues and Decision Memorandum)
   _____
   (Date of determination)

4. July 29, 2024 (89 Fed. Reg 60,862)
   _____
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Matthew P. McCullough

Matthew P. McCullough

Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel. (202) 452-7373

*Counsel to Plaintiff ULMA Forja, S.Coop*

August 22, 2024