# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

|  |  |
|---|---|
| ULMA Forja, S. Coop, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  **Court No. 24-00162** |

## <u>PROPOSED ORDER</u>

Upon consideration of the parties' joint status report (ECF No. 32), it is hereby

**ORDERED** that Defendant must file the administrative record on or before May 6, 2026;

**ORDERED** that Plaintiff must file its comments in opposition to the remand redetermination on or before July 6, 2026;

**ORDERED** that Defendant must file its comments in support of the remand redetermination on or before September 7, 2026; and

**ORDERED** that Plaintiff must file the joint appendix on or before September 21, 2026.

Dated _____, 2026

_____
JUDGE JANE A. RESTANI

|  |  |  |
|---|---|---|
| ULMA Forja, S. Coop, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 24-00162 |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's orders of December 16, 2025 (ECF No. 24) and April 13, 2026 (ECF No. 29), counsel for Plaintiff ULMA Forja, S. Coop. ("ULMA" or "Plaintiff") and counsel for the United States ("Defendant") conferred and respectfully submit the following Joint Status Report.

On April 22, 2026, Defendant issued its Final Results of Redetermination Pursuant to Court Remand in the above-captioned proceeding ("Remand Redetermination") (ECF No. 31). In the Remand Redetermination, Defendant addressed the following three issues: (1) whether the price difference test is a reliable measure of "significance"; (2) whether the price difference test reflects a correct interpretation of the statute; and (3) whether the price difference test yields unreasonable results for this administrative

- 1 -

record.  Defendant made affirmative findings with regard to the first two issues and a negative finding with regard to the third issue.

Accordingly, the parties propose the following comment schedule:

- May 6, 2026 – Defendant must file the administrative record with the Court;

- July 6, 2026 – Plaintiff must file its comments in opposition to the Remand Redetermination;

- September 7, 2026 – Defendant must file its comments in support of the Remand Redetermination; and

- September 21, 2026 – Plaintiff must file the joint appendix.

Respectfully submitted,

/s/ Matthew P. McCullough

Matthew P. McCullough
James P. Durling

**Pillsbury Winthrop Shaw Pittman, LLP**
1200 17th Street, N.W.
Suite 1300
Washington, DC 20036
(202) 663-8141

*Counsel to ULMA Forja, S. Coop.*

BRETT A. SHUMATE
Principal Deputy Assistant Attorney
General

PATRICIA M. McCARTHY
Director

/s/ Geoffrey M. Long
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington D.C.  20044
Telephone: (202) 307-0159
E-Mail: Geoffrey.M.Long@usdoj.gov

Attorneys for Defendant