# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

|  |  |
|---|---|
| ULMA Forja, S. Coop, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Court No. 24-00162 |

## ORDER

Upon consideration of the parties' joint status report (ECF No. 32), it is hereby

**ORDERED** that Defendant must file the administrative record on or before May 6, 2026;

**ORDERED** that Plaintiff must file its comments in opposition to the remand redetermination on or before July 6, 2026;

**ORDERED** that Defendant must file its comments in support of the remand redetermination on or before September 7, 2026; and

**ORDERED** that Plaintiff must file the joint appendix on or before September 21, 2026.

Dated _____ April 30 _____, 2026          /s/      Jane A. Restani
                                               JUDGE JANE A. RESTANI